■ RHETT RAVENAL, Respondent, v. A. LOUISA DAVIS, Also Known as ADELL L. CUSHION, Appellant, et al., Defendants.— Order, entered on May 8, 1962, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ CHARLES R. CAVALLI, Respondent, v. RED ARROW BONDED MESSENGER CORPORATION, Appellant.— Order, entered on April 27, 1962, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ JOHN KOO, Appellant, v. SAMUEL ROSEN, Respondent.— Order, entered on April 26, 1962, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ RUTH B. DREW, Respondent, v. JOHN T. DREW, Appellant.— Order, so far as appealed from, entered on April 16, 1962, unanimously affirmed, without costs. No opinion. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ FRED D. RUDIN et al., Copartners Doing Business under the Name of RUDIN & ROTH, Appellants-Respondents, v. UNDERWOOD CORPORATION, Respondent-Appellant.— Order, so far as appealed from, entered on June 28, 1962, unanimously affirmed, without costs. No opinion. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ RICHARD MORALES, Respondent, v. LONGCHAMPS, INC., et al., Defendants-Appellants and Third-Party Plaintiffs. OTIS ELEVATOR COMPANY, Third-Party Defendant.— Order, entered on April 30, 1962, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ BORGER TRADING ASSOCIATES, INC., et al., Appellants, v. JACOB SHPIRO et al., Respondents.— Order, entered on June 18, 1962, unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ HOWARD ARNOLD, Appellant, v. WISNER PARK CORPORATION et al., Respondents.— Judgment unanimously affirmed, with costs to respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ In the Matter of JOSEPH TUVIM, as Financial Secretary of Ladies' Neckwear Workers' Union Local 142, I. L. G. W. U., Respondent, v. NOVELTY VEILING CO., INC., Appellant.— Order, entered on October 10, 1961, unanimously affirmed, with $20 costs and disbursements to petitioner-respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.